1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  AMANI S. FLOYD (CABN 301506)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6940
7      FAX: (415) 436-7234
       Amani.Floyd@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) Case No. 4:21-MJ-71114-MAG
   |                                         )
14 |        Plaintiff,                       ) STIPULATION TO CONTINUE DETENTION
   |                                         ) AND STATUS HEARING AND TO EXCLUDE
15 |   v.                                    ) AND WAIVE TIME FROM AUGUST 12, 2021 TO
   |                                         ) AUGUST 18, 2021 AND [PROPOSED] ORDER
16 | DYLAN ZIRPOLO,                          )
   |                                         )
17 |        Defendant.                       )
   |                                         )
18

19  It is hereby stipulated by and between counsel for the United States and counsel for the defendant

20  Dylan Zirpolo that, with the Court's approval, the detention and status hearing currently scheduled for

21  August 13, 2021 at 1:00 p.m. should be continued to August 18, 2021 at 1:00 p.m., or as soon thereafter

22  as the Court is available.

23      The government and counsel for the defendant further stipulate and request that time be excluded

24  under the Speedy Trial Act and that time be waived under Federal Rule of Criminal Procedure 5.1 from

25  August 12, 2021 through August 18, 2021. The parties have agreed that time should be excluded under

26  the Speedy Trial Act so that defense counsel can continue to prepare for the upcoming detention hearing.

27  For this reason, the parties stipulate and agree that excluding time until August 18, 2021 will allow for the

28  effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

STIP. TO CONT. AND TO EXCLUDE/WAIVE TIME AND [PROPOSED] ORDER
Case No. 3:21-mj-71114 MAG

agree that the ends of justice served by excluding the time from August 12, 2021 through August 18, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate that there is good cause for extending the time limits for a preliminary hearing, indictment, or information under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 12, 2021

/s/
AMANI S. FLOYD
Assistant United States Attorney

DATED: August 12, 2021

/s/
JOYCE LEAVITT
Counsel for Defendant Dylan Zirpolo

IT IS SO ORDERED.

DATED: August 12, 2021

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIP. TO CONT. AND TO EXCLUDE/WAIVE TIME AND [PROPOSED] ORDER
Case No. 3:21-mj-71114 MAG